■ Alan Blattberg, Appellant, v 52 & 58-27th Street, Jackson Heights, Incorporated, Respondent. [53 NYS3d 536]—Order, Supreme Court, New York County (Joan M. Kenney, J.), entered July 27, 2016, which, inter alia, granted defendant's motion to vacate a default judgment, unanimously affirmed, without costs.

The affidavit of defendant cooperative apartment's president

demonstrated a sufficient basis for personal knowledge, and otherwise made out a prima facie case on each prong for vacatur of the default judgment (*cf. John v Arin Bainbridge Realty Corp.*, 147 AD3d 454 [1st Dept 2017]; CPLR 317). Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Manzanet-Daniels, JJ.